ROBERT W. MILLER v. ADELE ELKIND.—

Concur—Rabin, J. P., McNally, Stevens and Eager, JJ.

ETHEL HOENIG v. HAROLD HOENIG.—

Concur—Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

In the Matter of the BOARD OF HIGHER EDUCATION OF THE CITY OF NEW YORK v. ELMER A. CARTER et al., Constituting the State Commission Against Discrimination.—

Concur—

Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

BORIS GARFINKEL v. LIZA P. GARFINKEL.—

Concur—Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

ANTOINETTE DENARO v. LEO DENARO.—

Concur—Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

(A) THE PEOPLE OF THE STATE OF NEW YORK v. GEORGE BOOKER. (B) THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS SHOMBERG (Indicted as HENRY GOLDBERG). (C) THE PEOPLE OF THE STATE OF NEW YORK v. ALFRED J. FASCHINO.— Concur—

Breitel, J. P., Rabin, McNally, Stevens and Eager, JJ.

## SECOND DEPARTMENT, NOVEMBER, 1961

## (November 1, 1961)

GULEST ASSOCIATES, INC., Respondent, v. TOWN OF NEWBURGH et al., Appellants.—

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.

DANIEL S. DONOVAN et al., Respondents, v. WILLIAM WEISNER, Appellant.—

Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.